**BOLLINGER MACHINE SHOP AND SHIPYARDS, INC., Plaintiff-Appellee,**

**v.**

**EVELYN JEWEL, INC., and M/V JEWEL I, Defendant-Appellant.**

**No. 71-2058**
**Summary Calendar.\*\***

United States Court of Appeals, Fifth Circuit.
March 2, 1972.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

---

\* Of the Southern District of New York, sitting by designation.

\*\* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

PER CURIAM:

Affirmed. See Local Rule 21.[1] The judgment is modified so as to reflect the total award as One Thousand Four Hundred Eighty One Dollars and Ninety-Three Cents ($1,481.93).

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

